UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-60724

JULIUS SEILER,

    Plaintiff,

vs.

BEDFORD AVENUE REALTY, INC., and
STEVE DISALVO INC. d/b/a DISALVO'S PIZZA,

    Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## STEVE DISALVO INC. d/b/a DISALVO'S PIZZA

Plaintiff, JULIUS SEILER, (hereinafter referred to as "Plaintiff") by and through undersigned counsel, hereby notifies the Court that the Plaintiff and Defendant, STEVE DISALVO INC. d/b/a DISALVO'S PIZZA (hereinafter referred to as "The Parties") are in the process of executing the Settlement Agreement and request fifteen (15) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties fifteen (15) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that June 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M ADVOCACY GROUP, LLC**
Counsel for Plaintiff
Presidential Circle
4000 Hollywood Blvd., Ste. 435 So.
Hollywood, Florida 33021
Telephone (954) 962-1166
Facsimile (954) 962-1779
Email: service@jmadvocacygroup.com

/s/ *Mark D. Cohen*
Mark D. Cohen, Esq.
Florida Bar No.: 347345