UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-60724-UU

JULIUS SEILER,

    Plaintiff,

v.

BEDFORD AVENUE REALTY, INC., *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court upon Stipulation of Dismissal with Prejudice. D.E. 26.

THIS COURT has reviewed the Stipulation, the pertinent portions of the record, and being otherwise fully advised in the premises. Accordingly, it is hereby

ORDERED and ADJUDGED that pursuant to Fed. R. Civ. P. 41, Defendants are DISMISSED WITH PREJUDICE. The Court retains jurisdiction for the sole purpose of enforcing the terms of the parties' settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of June, 2016.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf